DCmoneyj (03/14)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:  Gordmans Stores, Inc.
Debtor(s)

Bankruptcy Proceedings No. 17−80304−TLS
Adversary Proceedings No.  18−08238−TLS

Chapter 11

META Advisors LLC on behalf of G−Estate Management Company, Inc. f/k/a Gordmans Management Company, Inc.
Plaintiff(s)

v.

Closeouts Surplus & Salvage, Inc.
Defendant(s)

Judge: Thomas L. Saladino

**M E M O R A N D U M**

Date:       March 28, 2019
To:         United States District Court
RE:         Money Judgment dated 2/27/19
Civil No.   8:19mc00070UNA

A money judgment was previously transmitted for the purpose of being indexed. The following action has been filed regarding the judgment:

- ☐ A notice of appeal was filed .

- ☐ A Motion has been filed that may ultimately change the judgment as it now stands (Federal Rules of Civil Procedure 59 or 60 as made applicable by Bankruptcy Rule 9024).

- ☑ Order Vacating Default Judgment at filing [18].

Transmitted Electronically By USBC Case Administrator: on nmw